UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

EDWIN DIAZ, *on behalf of himself and all others similarly situated*,

           Plaintiff,

- against -

INTERIM HEALTHCARE INC.,

           Defendant.

Case No. 18-CV-07959-PAE

**STIPULATION OF VOLUNTARY DISMISSAL PURSUANT TO F.R.C.P. 41(A)(1)(A)(II)**

**IT IS HEREBY STIPULATED AND AGREED** by and between the parties and their respective counsel that Plaintiff Edwin Diaz hereby voluntarily dismisses, with prejudice, his complaint against Defendant Interim Healthcare Inc. pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, with the parties to bear responsibility for their respective fees and costs.

COHEN & MIZRAHI LLP

By: _____
    Joseph H. Mizrahi
300 Cadman Plaza West, 12th Floor
Brooklyn, New York 11201
Tel: (929) 575-4175
Fax: (929) 575-4195
joseph@cml.legal

*Attorneys for Plaintiff Edwin Diaz*

DAVIS WRIGHT TREMAINE LLP

By: _____
    Christopher L. Donati
1251 Avenue of the Americas, 21st Floor
New York, NY 10020
Tel: (212) 603-6422
Fax: (212) 379-5212
chrisdonati@dwt.com

*Attorneys for Defendant Interim Healthcare Inc.*